UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
OCT 15 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

Jonathan Lee Riches©,
Plaintiff

CIVIL NO

V.

2:07-CV-2182 GEB GGH PC

ERIC ROBERT RUDOLPH; JAMES CHARLES KOPP; DENNIS JOHN MALVASI; LORETTA CLAIRE MARRA; WALTER LEROY MOODY; NEAL HORSLEY; PAUL JENNINGS HILL; MICHAEL GRIFFIN; PAUL DEPARRIE; SHELLEY SHANNON; DONALD J. TRESHMAN; EUGENIA W. TRESHMAN; AMERICAN COALITION of LIFE ACTIVISTS "ACLA"; CENTER FOR BIO-ETHICAL REFORM INC; MICHAEL BRAY; CATHERINE RAMEY; ANDREW BURNETT; DAVID A. CRANE; MICHAEL B. DODDS; OPERATION RESCUE; TIMOTHY PAUL DRESTE; JOSEPH L. FOREMAN; DAWN MARIE STOVER; CHARLES ROY MCMILLAN; ARMY OF GOD; CENTENNIAL OLYMPIC PARK,
DEFENDANTS

(PC)Riches v. Rudolph et al Doc. 1

COMPLAINT
"THE RIGHT TO CHOOSE"
"TRO TEMPORARY RESTRAINING ORDER"

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, moves this Honorable Court to issue a order for Defendants Named in this Suit to respond. Plaintiff seeks a Permanent injunction, TRO temporary Restraining order against defendants distributing and publishing Jonathan Lee Riches© Copyrighted pro-Abortion Material with a "X" marked down the middle with threats of violence, along with Defendants distributing a website titled Nuremberg Files with Plaintiff's copyrighted picture, Name and address at FCI Williamsburg. Plaintiff seeks declaratory injunctive relief for emotional harm and danger that I'm suffered to due to Defendants deliberate indifference. Plaintiff prays for relief

1

My Name is Jonathan Lee Riches. I'm very high profile. I'm Known to the world to provide Abortion money to Needy females that can't perform or afford the Abortion operation. I'm currently serving a illegal sentence of 125 Months in Federal Prison for being a convicted International Identity theft Kingpin, involved with Millions of dollars of fraud losses, not proven by a Jury or found in my Indictment, which constitutes to my 6th amendment rights currently being violated under Booker and FanFan. From Dec 1999 until Feb 23rd, 2003 (My Arrest), I was Known in the pro Abortion community, Pro-Abortion cyberspace, that I would commit Identity theft, then use the proceeds to financially support indigent females who wanted an abortion, but could not Afford it. I helped pay for around 3000 Abortions during this Frame. I was Known in the world as "Jonny Robbinhood"

2

Defendants are a vast Network of Anti-Abortion conspirators throughout the country who supports each others causes. Some are currently in Prison, while others roam this Country freely spreading hate and making threats to anyone seeking a Abortion

3

Defendants have been harassing me collectively since Dec 1999. Defendants Know I finance Abortions and want to do me serious harm. Still to this day while I'm in Prison, Eric Rudolph and James Kopp are currently incarcerated in the Bureau of Prisons. Donald J. Treshman founder of American Coalition of Life Activists "ACLA" has been trying to Arrange for Rudolph and Kopp to be transfered to FCI Williamsburg, where I'm currently located, to do me serious bodily harm because of my financial support for abortions. I believe the right to choose. Defendants are trying to Stop me with my beliefs, a Constitutional violation

4

Defendants created websites on the internet and are distributing Anti Jonathan Lee Riches© material, with threats of violence of my life, along with My Picture, name, and FCI Williamsburg Address It also states my release

Site. this Material is distributed on MSN and Yahoo chatroom websites. Defendants created a Myspace.com web page title Kill JonathanLee Riches.myspace.com with threats of violence, and a sponsorship to "ACLA" at the bottom. Defendants have openly made threats against me in a "deadly dozen poster" with DR.'s who perform Abortions on April 20, 2007. Defendants were making threats on my life at FCI Williamsburg in a June 2007 issue of Life Advocate magazine; Defendant's on 1-10-07 distributed my Personal information, Including my social security # in a Created Nurenberg Files that is distributed in underground Anti-Abortion circles nationwide, with Defendant Treshman personally writing to me at FCI Williamsburg telling me he did that, and he told me in a 1-23-07 letter that he is going to Kill me with the Army of God

TRO Temporary Restraining order

I take life very seriously and I have a Constitutional right to support Abortions and help with Abortions financially. Because of my belief, defendants want to do me personal harm to stop me. I plan on Raising money once I go home, using the proceeds for abortion. Plaintiff moves this Honorable Court to compel defendants not to distribute Anti-Jonathan Lee Riches© Material on the internet, along with a Restraining order to keep defendants from inflicting Personal harm on my life as I'm in danger from Defendants because of my beliefs. some of these Defendant's already committed acts of violence Against Abortion supporters like myself, so this is a true threat. Plaintiff prays this honorable court for relief.

Respectfully Submitted

Jonathan Lee Riches©

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400