1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JONATHAN LEE RICHES,

11              Plaintiff,                        No. CIV S-07-2182 GEB GGH P

12         vs.

13    ERIC ROBERT RUDOLPH, et al.,

14              Defendants.                       ORDER

15    _____/

16              On March 3, 2008, judgment was entered.  On January 13, 2009, plaintiff filed

17    putative "motions" for reconsideration and for recusal of "the judge" and/or "the judges" in this

18    case, lumping this case with a number of his other meritless cases.  Plaintiff contends, without

19    providing any factual basis for his assertion, that each judge in each listed case has, generically,

20    "personal and financial conflicts of interest."  Plaintiff's wholly unsupported motions as to this

21    case are denied as frivolous.

22              Accordingly, IT IS HEREBY ORDERED that plaintiff's January 13, 2009 (# 10)

23    purported motions for reconsideration and for recusal are denied.

24    DATED: March 19, 2009

                                                   /s/ Gregory G.Hollows
25
                                                 _____
26                                                UNITED STATES MAGISTRATE JUDGE

GGH:009
rich2662.dny